**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-1765**

KURT G. SCHLEGEL, Assignee of Piedmont
Building and Development Corporation,

Plaintiff - Appellant,

versus

BANK OF AMERICA, NA,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville. Norman K. Moon, District Judge. (3:07-cv-00022-nkm)

Submitted: December 13, 2007      Decided: December 17, 2007

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kurt G. Schlegel, Appellant Pro Se.  Megan Conway Rahman, TROUTMAN & SANDERS, LLP, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kurt G. Schlegel appeals the district court's orders dismissing his civil conspiracy complaint and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Schlegel v. Bank of America, NA</u>, No. 3:07-cv-00022-nkm (W.D. Va. June 12 & July 23, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>